# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on May 7, 2012

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **KENT DOUGLAS,** | : | **VIOLATIONS:** |
| | : | **21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(iii)** |
| Defendant. | : | **(Unlawful Possession with Intent to** |
| | : | **Distribute 28 Grams or More of Cocaine** |
| | : | **Base)** |
| | : | **21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)** |
| | : | **(Unlawful Possession with Intent to** |
| | : | **Distribute Cocaine)** |
| | : | **21 U.S.C. § 841(a)(1) and § 841(b)(1)(D)** |
| | : | **(Unlawful Possession with Intent to** |
| | : | **Distribute Marijuana)** |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about November 16, 2012, within the District of Columbia, **KENT DOUGLAS** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture or substance was 28 grams or more.

(**Unlawful Possession with Intent to Distribute 28 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT TWO

On or about November 16, 2012, within the District of Columbia, **KENT DOUGLAS** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THREE

On or about November 16, 2012, within the District of Columbia, **KENT DOUGLAS** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(**Unlawful Possession with Intent to Distribute Marijuana**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.